| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Luis Gabriel ROMERO-Vizcarra**<br>DOB: 2003; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**23-00729MJ** |

| Complaint for violation of Title 18, United States Code, § 554(a) |
|---|

On or about October 3, 2023, in the District of Arizona, **Luis Gabriel ROMERO-Vizcarra** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 2 rifles, one (Century Arms 7.62 caliber) and one (CAL WASR 7.62 caliber), three magazines, and an assortment of rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On October 3, 2023, **Luis Gabriel ROMERO-Vizcarra** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Luis Gabriel ROMERO-Vizcarra**, who was the driver and sole occupant of a dark grey Toyota Camry bearing license plate tags VXV455B. CPBOs asked him where he was coming from, and he stated he was coming from the McDonalds nearby. He repeatedly stated that the vehicle was a friend's and not his. CBPOs noticed that he appeared nervous and unfamiliar with the vehicle. When asked to open the hood of the vehicle he was unable to locate the latch to do so. Once the hood of the vehicle was opened CPBOs noticed a blanket with part of a rifle sticking out. Further inspection of the vehicle revealed 2 rifles, one (Century Arms 7.62 caliber) and one (CAL WASR 7.62 caliber) and three magazines. Additionally, inside of the air filter, CBPOs found a black plastic ammunition canister was containing the following rounds of ammunition:  81 (7.62X51), 1 (.40 Cal), 9 (7.62X39 Cal), and 3 (223 Cal).

Special Agents Harrison Clark and Eric Treglio began an interview with **ROMERO-Vizcarra** who initially invoked his *Miranda* rights, but later during administrative processing waived his rights by blurting out his statement.  In the interview **ROMERO-Vizcarra** claimed that he was doing a favor for a friend in Mexico by picking up a vehicle at McDonalds just outside of the Nogales Port of Entry and driving it to Mexico. **ROMERO-Vizcarra** claimed he did not know the name of the individual but said that he was 14 years old, and he would occasionally do favors for him. **ROMERO-Vizcarra** stated that he met an individual at McDonalds whom he did not know who gave him the keys to the vehicle. Before leaving with the car to the Port of Entry he

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A |
|---|

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>**AUTHORIZED BY AUSA** *Raquel Arellano*  *Raquel Arellano* <br>Digitally signed by RAQUEL ARELLANO Date: 2023.10.04 13:18:57 -07'00' | SIGNATURE OF COMPLAINANT<br>HARRISON T CLARK  Digitally signed by HARRISON T CLARK Date: 2023.10.04 13:33:38 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Harrison Clark |

| **Sworn by telephone  x** | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Eric J. Markovich* | DATE<br>October 4, 2023 |

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

stated that he did a quick search of the vehicle for any contraband because the vehicle smelled like marijuana. **ROMERO-Vizcarra** stated that he was going to be paid $100 for bringing the vehicle over.

When asked during the interview, **ROMERO-Vizcarra** stated that he knows it is illegal to bring weapons into Mexico from the United States. **ROMERO-Vizcarra** maintained that he had no knowledge of the weapons prior to being detained.

The firearms, magazines, and ammunition found in the vehicle qualify as a United States Commerce Control List item and therefore are prohibited by law for export from the United States into Mexico without a valid license.



